UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALEXANDER JOHNSON,

       Plaintiff,

v.                                    Case No:   2:15-cv-116-FtM-38DNF

TRIANON PROPERTIES, INC.,

       Defendant.
_____/

## ORDER TO SHOW CAUSE[1]

This matter comes before the Court upon the *Sua Sponte* Review of the Docket.

Pursuant to the Middle District of Florida's Local Rules:

> Counsel and any unrepresented party shall meet within 60 days after service of the complaint upon any defendant, or the first appearance of any defendant, regardless of the pendency, of any undecided motion, for the purpose of preparing and filing a Case management Report in the form prescribed below.  Unless the Court orders otherwise, parties represented by counsel are permitted, but not required, to attend the case management meeting.   The Case Management Report must be filed within 14 days after the meeting.

FL R USDCTMD Rule 3.05(c)(2)(B).

The Case Management Report shall include:

> (i) The date(s) and time(s) of the meetings of the parties and the identity of the persons present.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

(ii) A date by which the parties have agreed to pre-discovery disclosures of core information, either voluntarily or as may be required by the Federal Rules of Civil Procedure or other provisions of these rules, and a detailed description of the information scheduled for disclosure.

(iii) A discovery plan which shall include a detailed description of the discovery each party intends to pursue (requests for admission, requests for production or inspection, written interrogatories, oral depositions), the time during which each form of discovery will be pursued, the proposed date for completion of discovery, and such other matters relating to discovery as the parties may agree upon (e.g., handling of confidential information, limits on the number or length of depositions, assertion of privileges).

(iv) A final date for the filing of all motions for leave to file third party claims or to join other parties and specification of a final date for the filing of any motions for summary judgment.

(v) A statement concerning the intent of the parties regarding alternative dispute resolution (settlement negotiations, court annexed arbitration under Chapter Eight or court annexed mediation under Chapter Nine of these rules), and specification of a date by which the parties will either report to the court concerning prospective settlement or apply for an order invoking arbitration or mediation.

(vi) A date by which the parties will be ready for a final pretrial conference and subsequent trial.

(vii) The signature of all counsel and all unrepresented parties either in a single document or duplicate originals.

(viii) A statement assessing the need for a preliminary pretrial conference before entry of a Case Management and Scheduling Order

FL R USDCTMD Rule 3.05(c)(2)(C).

The Defendant was served with the Complaint on March 3, 2015, therefore, the Case Management Report was due by May 4, 2015. To date the Parties have failed to file a Case Management Report.

Accordingly, it is now

**ORDERED:**

The Parties must show cause in writing why they have failed to file a Case Management Report or in the alternative file a Case Management Report on or before **June 24, 2015**.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of June, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record